# EXHIBIT A

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS                                                            SUPERIOR COURT DEPARTMENT
                                                                                         DOCKET NO.:

|  |  |
|---|---|
| DENNIS LAFAUCI and LORRAINE LAFAUCI      Plaintiffs, | )<br>)<br>) |
| v. | )<br>) |
| XEROX CORPORATION      Defendant. | )<br>)<br>) |

## COMPLAINT AND JURY DEMAND

### PARTIES

1. The Plaintiff, Dennis LaFauci, is an individual with a principal residence located at 27 Swan Street, Malden, MA.

2. The Plaintiff, Lorraine LaFauci, is an individual with a principal residence located at 27 Swan Street, Malden, MA.

3. The Defendant, Xerox Corporation (hereinafter Xerox), has at all relevant times been a corporation doing business in the Commonwealth of Massachusetts, with a principal place of business located at 45 Glover Ave. Norwalk, CT.

### FACTS

4. The Plaintiff, Dennis LaFauci, (hereinafter, LaFauci) was at all times relevant to this Complaint a civilian employee of the Massachusetts State Police, working as a copy room clerk.

5. The office where LaFauci worked was located at 470 Worcester Rd. Framingham, Massachusetts.

6. On or about May 9, 2014, a Xerox employee installed a booklet maker component into a Xerox Color 560 Copier, which is a large commercial photocopier located at LaFauci's place of work. The machine was one that LaFauci used frequently in the course of his employment.

7. On or about May 16, 2014, LaFauci was operating the Xerox Color 560 copier in his usual occupation as the copy room clerk for the Massachusetts State Police. As LaFauci reached over the machine to retrieve finished copies from the copier, his body contacted the copier machine, which then separated and rolled apart. As a result of the photo copier separating, LaFauci's left foot was caught beneath the machine causing his left knee to be wrenched and twisted. This event was witnessed by a co-employee of LaFauci.
8. As a result of LaFauci's knee twisting and wrenching, LaFauci suffered injury to his left knee, which has caused him to be disabled from his work, incur medical expenses and endure pain and suffering related to the injury.
9. Had the Xerox copier machine been properly locked and secured after the booklet maker was installed by the Xerox employee the week prior, the machine would not have separated or rolled apart. As a result of the Xerox employee's failure to properly secure and lock the copier machine, LaFauci was caused to suffer injuries
10. Following the incident that led to LaFauci's injury, a second Xerox employee was called to come to LaFauci's place of employment and properly secure the copier.

## COUNT I
## NEGLIGENCE-
## DENNIS LAFAUCI V. XEROX CORPORATION

11. The Plaintiff incorporates the allegations set forth in paragraphs one through ten as if specifically set forth herein.
12. At all relevant times, the defendant, Xerox, its agents and employees, had a duty to use reasonable care in the repair, maintenance and installation of the Xerox copy machine.
13. The Defendant, acting through its agents and employees, breached its duty of care by failing to properly secure and lock the copier such that it separated while being used by the Plaintiff, Dennis LaFauci, causing his left foot to be caught beneath the machine and his left knee to be twisted/wrenched.
14. As a direct and proximate cause of the Defendant's negligence, the Plaintiff was caused to suffer physical injuries and incur medical expenses, lost wages and pain and suffering.

Wherefore, the Plaintiff respectfully requests that this honorable court enter judgment for the Plaintiff together with interest and costs.

## COUNT II
## LOSS OF CONSORTIUM
## LORRAINE LAFAUCI V. XEROX CORPORATION

15. The Plaintiff, hereby incorporates the allegations set forth in paragraphs one through fourteen as if specifically set forth herein.

16. The Plaintiff, Lorraine LaFauci, was at all times material to this Complaint, the Wife of Dennis LaFauci.

17. As a direct and proximate cause of the negligence of the Defendant, Lorraine LaFauci was caused to suffer the loss of consortium, companionship and society of her husband the Plaintiff, Dennis LaFauci.

Wherefore, the Plaintiffs respectfully request that this Honorable Court enter judgment for the Plaintiffs together with interest and costs.

**PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS**

Respectfully Submitted
By counsel for the Plaintiffs,

Sean M. Beagan, Esq.
BBO# 644929
Beagan Law Office, LLC
4 River Street
Medford, MA 02155
781-393-9948

Dated: March 27, 2015